UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

Case No. 1:22-cr-154

Plaintiff,

v.

Hon. Janet T. Neff

Michael John Batt

Defendant.

**DEFENDANT'S INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT**

Defendant  Michael John Batt , through his/her attorney, submits the following initial pretrial conference summary statement.

I. DISCOVERY

[X] The defendant requests disclosure pursuant to Federal Rules of Evidence 404(b).

The defendant  [x] will  [ ] will not provide reciprocal discovery.

II. TRIAL

The defendant requests a  [X] jury  [ ] non-jury trial.

III. MISCELLANEOUS

The parties acknowledge that if the case is appropriate for expedited resolution and sentencing, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

[X] Counsel for defendant is unaware at this time of any known conflict with counsel's representation of defendant. Counsel will immediately advise the court if any such conflict becomes known.

[ ] Counsel for defendant is aware of the following potential conflicts:

IV. OBLIGATIONS

[x] Counsel for defendant acknowledges having reviewed the Obligations of Defense Counsel section available at the court's website, www.miwd.uscourts.gov >> Attorney Information >> Criminal Case Information.

Date  10/31/2022

*Damian D Nunzio*
Counsel for Defendant



(Rev. 03/01/2019)