

Damian Nunzio &lt;nunziolawfirm@gmail.com&gt;

## M Batt Character Reference
1 message

**FILED - GR**
August 3, 2023 3:47 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED BY: KB / 8/4

**Karen Streitel** &lt;mstreitel@sbcglobal.net&gt;     Sun, Feb 19, 2023 at 11:16 AM
Reply-To: Karen Streitel &lt;mstreitel@sbcglobal.net&gt;
To: "nunziolawfirm@gmail.com" &lt;nunziolawfirm@gmail.com&gt;
Cc: Karen Streitel &lt;mstreitel@sbcglobal.net&gt;

To Whom It May Concern,
This is in regards to Michael J. Batt.

I have known Michael Batt and his family for over 20 years. He grew up in a large, loving, supportive Christian family, and was the oldest of 8 siblings. Michael was home schooled and is exceptionally intellegent. Quite often the family came over for summer pool parties or Superbowl football. He is very pleasant to be around and loves to interact with us, my children and his younger siblings. We found him to always have a smile on his face and be respectful and helpful. Even when he moved in a few blocks away from us, we could always count on him if needed.

Michael became a financial client of mine in 2012. He understood the market and was faithful with his monthly contributions. He held down 2 jobs to support his family and always open to lending a helpful hand.

Thank you for the opportunity to speak on Michael's behalf.

Karen Streitel
616-304-2183
mstreitel@sbcglobal.net

Dr. Alexandra Burns

4270 Boynton Hollow Dr

Grandville, MI 49418

To whom it may concern,

As one of Mike's sibling, I have known him for 32 years. Mike has always been a deep thinker and curious about the world around him. Many times I saw him reading manuals and dictionaries. Whatever subject I was studying in college and beyond, he would ask questions to grasp a better understanding of the topic. I have watched many historical and scientific documentaries at his recommendations.

I was present when his first girl was born, and I remember how ecstatic he was to become a father. He was already planning out the activities they would do together as she grew up. I remember hearing Mike tell the story of him and his two year old daughter sitting in his truck for two hours to watch a lightning storm. This was one of the many activities they enjoy together. He also enjoys playing Minecraft, and taught his daughter how to play when she was four years old. He built a computer for her and would patiently show her the buttons to press and how to craft items. He is devoted to his daughters and they are to him.

Through my interactions with him after his arrest, I can see how remorseful he is and how he is trying to change. He has become more introspective and is sincerely struggling to improve his mind and thoughts. His Faith is becoming more developed, as he gained a different perspective on life. I want to see him able to make amends with his girls and family and to continue in his personal struggle to become a better person.


Sincerely,

Alexandra Burns, DO

Jacob P. Batt
4015 Promenade Blvd. Apt. 33
Beavercreek, OH 45431

Written: Jan 23, 2023

To whom it may concern,

I am writing this letter to provide a character statement for Michael John Batt. He is my older brother; therefore, I have known him my entire life. My intent is not to convince you that Michael is perfect, but for you to understand that he is a good person. Though he is imperfect, like all humans, he has maintained the qualities that make him the brother I have always known despite his personal struggles. Above all, I would like you to know that Michael has unfailing kindness in his heart and, through thick and thin, has never lost this quality.

Michael is protective and family-oriented. He has always jumped to the defense of his family and been willing to make a sacrifice. I can never forget his words after a fight we had in our youth, I asked him if he loved me. His response was, "Of course I love you - I would die for you." It was a moment when I could see into the core of his heart. Another time, when it was just the two of us at home, and I was scared of the tornado warning that had been issued, we sat in his room the whole evening playing games while he explained tornados to me. I soon forgot about my fears because my big brother comforted me. Traits like these that emerge in childhood or during crisis do not leave a person, they cannot be removed, though they may be buried by the stresses of life.

Another piece of Michael's character is the tendency to bear problems by himself. He did not want to trouble others or compel them to help him. Thus, he struggled privately to be a family pillar on which others could rely. He would take care of things that needed to be done, especially when it concerned his daughters. He was attentive and very active in the day to day teaching, loving, and raising of them. He took seriously the responsibility of being a father and clearly loved his girls.

In these last few months, Michael has reignited his struggle and passion with the faith in which he was raised. He has demonstrated not only remorse, but a desire to change himself and lead a humble and quiet life. Therefore, it is my sincere belief that he can be rehabilitated to be the big brother and father he has always strived to be.

Best,


Jacob Batt

David Batt
2244 138th Ave
Dorr, MI 49323
1-30-23

To whom it may concern,

Since I am Michael Batt's youngest brother, I have known him my whole life, and in the time of knowing him I have come to see how much of a caring brother, husband, and father he is. After hearing of the opportunity to share this information, I was more than glad to be able to let others know what a gentle, kind, and caring person Michael really is.

My experience with Michael has been nothing but positive. I have received and learned so much from him in my time with him. When we were younger, my brothers and I were always interested in video games and computers, however, we did not have the resources or the knowledge of computers or other gaming systems to be able to set it up, and play the games we enjoyed. Out of the kindness of his heart, Michael saw an opportunity to help his family, and built my brothers and me each our own computers to be able to enjoy video games with each other and with him. Since then it has been a big part in my life to be able to use the computer that was built for me by Michael, even today to enjoy the same community and friendship with my brothers and others that was made possible by Michael's kind heart. Michael also did not seek any type of repayment for this gracious act. He had funded all of the supplies with his own money, because he knew we did not have the finances for it.

I also knew Michael to be a caring person when it came to others interests and opportunities. I had taken several acting classes when I was younger, and did not always have

good ways to get their without being an inconvenience to others, after hearing this Michael had stepped up and volunteered to bring me to such classes and often invite me to his home with his family to enjoy time together and often times dinner and snacks, before the classes had started. Michael also allowed us to use his business's office for its internet so we could complete our schoolwork, or other important tasks that required high speed internet. Michael never sought any type of payment for the things he gave to his family and friends.

I also noticed Michael to be a wonderful and caring father to his two daughters. Every day, since he and his wife worked, he would take his two daughters to my mother's house who babysat them until he would come and pick them up after work. Every time when he would pick up his daughters, it was the best time of day for them, when they could see their dad again and go home and play games and make dinner, and enjoy time with each other.

I have never known Michael to be anything but a caring and loving person to his family, and I hope that this letter is taken into consideration in spite of the current events.


Sincerely,

David Batt

Luke Batt

1-24-2023

To whom it may concern

As one of Michael Batt's younger brothers I cannot remember a time until recently he was not a part of my life. My parents have always made a point to each and every one of their children, the importance of family, and Mike was certainly no exception. Thus, I write the following as a testimony to the caring selfless soul which Mike possess. Even as this letter will only contain a small fraction of the many gracious and loving actions of Mike, and an even smaller portion of the love and emotion behind those actions, I hope it is able to provide you a look into who he truly is as a brother, father and son.

As my eldest brother I always looked up to Michael, who from my view has always done his utmost to protect and provide for his family. One of my fondest memories of my brother Mike was when he took me to my first concert at the age of nine. He picked me up from our parent's house and took me back to his apartment till the show was set to start. He took great care to ensure I had eaten before we left and brought snacks for later. I was very nervous to go, as I did not like large crowds of people, especially in the busy downtown area of night. Understanding of my fears Mike took the time to talk and listen to me helping to ease my anxiety. But, with Mike my by side I felt safe and protected even as we walked along darkened streets back to the car after show. Mike displayed the same level of care and love as both a father and a brother. I can still remember the look of excitement on his face the day his first daughter was born. When I was in high school, it was always Mike who would drop his girl(s) off at the house as they were watched by my mother during the working day. But after school when their 'daddy' would walk through the door to pick them up, their excitement was nearly uncontainable, and they rushed to greet him.

While the past cannot be undone, it seems wrong to continue to cause damage Mike's relationship with his girls who love and miss their 'daddy'. Especially when there is a strong opportunity for rehabilitation and healing for all of us as a family. It is my sincere hope that this testimony be taken into consideration at the time of sentencing, to demonstrate that Mike is still a gentle loving soul despite the current case.

Sincerely,

Luke Batt

John Batt
2244 138th Ave
Dorr, MI 49323

Jan 28, 2023

To whom it may concern,

I have known Michael Batt all his life because I am his father. I am a man of few words and have very little experience writing, but I wanted to write this letter to show how I see Michael – as a good man, father and a son I love very much. He has always been there to help his family and also his extended family. I have always known Michael as an intelligent, capable, and sincere man with a good heart.

When reflecting Michael's sensitivity and kindness, I am reminded of the time I took him hunting as a boy, nearly thirty years ago. We had a perfect opportunity to shoot a doe, and, as I prepared to shoot, Michael said, "Dad, you can't just shoot it. That's a mommy deer and might have babies." After my son's plea on behalf even of a wild animal, I gave up hunting. Michael has given inspiration to many more people besides me. With his wit and intelligence, he has always been able to carry on a conversation on a variety of topics, being ready to learn more about all of them. When I think about this, I am brought back to his days as a boy in church. He requested that our family sit in the front pew so that he could see everything. Even when we moved churches and Michael no longer attended with the rest of the family, we still sit in the first row.

I hope this letter helps to show Michael is truly a good man, despite his mistakes and shortcomings. I am confident that Michael can and will turn his life around. I also hope that the court shows leniency when sentencing my boy.

Sincerely,

John Batt

Adrienne Loomis
2244 138th Ave
Dorr, MI 49323

Jan 28, 2023

To whom it may concern,

I am Michael Batt's eighty-five year old grandmother. So, I have known him his whole life – 35 years. I was shocked to hear of the predicament in which Michael is. I have always known him to be a gentle and kind soul.

Michael was the first of my grandchildren from the Batt family. Since I lived nearby, I saw him often – I was the go-to babysitter. Watching Michael grow up, I was able to witness first-hand the type of sweetness and care which were at his core. After my husband died, I lived alone. During the summer months, Michael stayed with me and kept me company. I would drop him off at work on my way to work and pick him up after I was done with work. Every Sunday, after church, Michael would walk me to my car and kiss me goodbye. After he graduated from high school, Michael moved in with me while he continued to work and also attend college. A few years later, he was married and continued living with me for a while. During this time, I experienced the type of character Michael developed – a gentle and loving one. After he moved out of my home, whenever I felt lonely, I knew I could call Michael – and I did. He would comfort me and help to take away the loneliness.

Michael has always been sweet and sensitive. He has also, in the times we were able to talk, expressed deep regret and a want to be with and take care of his family again. I hope you will take my testimony into consideration during the sentencing of my grandchild. My wish is to see my boy come home to his family before I die.

Sincerely,

Adrienne Loomis

Typed on computer by her grandson, Timothy Batt

7/28/23, 3:11 PM — Gmail - Micheal Batts



**Damian Nunzio <nunziolawfirm@gmail.com>**

## Micheal Batts

**April Osterhaven** <aosterhaven@hotmail.com>  
To: nunziolawfirm@gmail.com

Mon, Jan 30, 2023 at 11:36 AM

To whom this may concern,

I have know Micheal for a few years. I am friends with his family and I also do their hair. My children also currently attend Wayland Union Schools.

I have been very thankful for Micheal. He has always gone out of his way to stop by our house on the to or from work to help us out with our school iPads. He has always gone above and beyond. When cutting his hair he spoke highly of his girls and in seeing him at family functions he was the parent who was the most involved. His girls are daddy's girls. He is the nurturing and gentle father, uncle and son. He has been his girls rock and being the oldest of eight children he has too been their rock. He has always been a patient, level headed, hard working, loving man.

Thank you for taking time to reads this,  
April Aten

Sent from my iPhone

https://mail.google.com/mail/u/1/?ik=e264958709&view=pt&search=all&permmsgid=msg-f:1756466098583530618&simpl=msg-f:1756466098583530618   1/1

Christopher Libardi
2575 Blooming Bud Ln SE
Kentwood MI 49508

To whom it may concern,

I have known Mike for 9 years. Most of that time I have been married to his sister Valerie and known him as a family member. I was shocked and troubled to hear the allegations in his case and can truly say that I never would have expected something like this. His children and ours have been very close since they were born. Most of my time spent with Mike was in family settings. What I observed during this time was nothing other than a loving father. Beyond that, I know Mike to be passionate about his many hobbies and career.

While it is not my intention to make excuses for any wrongdoing, I believe a decline in Mike's mental state leading up to these events impacted his actions. During our more recent interactions, I noticed a change in his demeanor, as he wasn't as present or energetic as I know his typical character to be.

During the brief interactions we have had with him since the time of his arrest, Mike has shown undeniable remorse and dedication to his own mental recovery. It is my hope that Mike is given the opportunity to make amends for his mistakes and that he has a chance to repair the relationships he has with his daughters, family, and community.


Sincerely,

Chris Libardi

Renee Batt
2244 138th Ave.
Dorr, MI 49323

January 18, 2023

To: The Honorable Judge presiding over this case,

Being Michael's mother, I have been greatly distraught to be living through this horrible nightmare. I had Michael when I was nineteen. So, in some ways, I feel like we grew up together. He was my first of eight children. Being the big brother he took on the role of protector. He was my sweet boy who cried at the Good Friday service at church because Christ died. In middle school, he discovered country music and could not wait to have me hear a certain song because it had the line in it…"I get to come home to you"- he said, "I think of you when I hear this." My heart melted with love for him. His teachers always remarked how well behaved he was. I have a letter from his third grade teacher, Ms. Russell, telling me what a great boy I was raising. She stated how surprised she was to learn he told me about all the goings on in the classroom and felt empathy for the "picked-on kids." When Michael was married (for the first time) to his high school sweetheart, she cheated on him and left him in their first year of marriage - he was devastated, although he tried to hide it from me and be brave. My heart broke for him then. When he found another woman he was going to marry a few years later, she got pregnant by another man and left him. Again, he tried to remain strong and not complain - at least not to me or the family. When he met his current wife and married, I hoped everything would go well for him. They had a child right away and he could not have loved her more. I continued to stay home to watch her while he and his wife worked. I later turned down several full time jobs, so I could be home with his two children and my other two grandkids from my daughter. Michael would drop off the girls every morning on his way to work as well as pick them up on his way home. The love he had for them was apparent. They ran up to him shouting, "daddy, daddy" and ran into his arms when he picked them up. He did all the girls'

laundry, almost all the cooking-while often letting them help, he played games with them, and watched movies and shows with them. Michael combed their hair because he was gentler than Mommy, they told me. In fact, his oldest daughter could not watch Pokémon for a while after his arrest because that was what they watched together, and she was reminded of the situation in which her daddy was now. I am sure you can imagine how difficult it has been to accept that this happened. I have been emailing Michael during his incarceration, and his remorse and anxiety over his girls his palpable. He has been praying and contemplating his actions. In the absence of his family, deep regret and guilt have become his companions. He tells me often of his dreams wherein he begs his girls' forgiveness and tells them he loves them.

Upon Michael's release, I know he will need counseling as well as support of family. The latter will be critical for his successful rehabilitation and re-assimilation into society. I guarantee he will be given full support and guidance by many members of his family when he navigates through that period. We view this as a family effort.

Therefore, I am begging you to be lenient on the sentencing of my boy, to see beyond the crime to a man who is truly sorry and struggling to live through the guilt.

Thank you for taking the time to read this poor mother's ramblings.

Sincerely,

Renee Batt

I am Caleb Burns. I've been a computer programmer for about 14 years.

I've known Michael Batt for around 15 years. I am married to his sister, Alex. I see him on average every couple of months, and most major holidays.

I'm aware Michael is being charged with several counts related to child pornography. I understand the severity of these charges.

Michael has always been a good, attentive father to his girls. He would drop them off for babysitting on his way to work everyday, and pick them up on his way home. Whenever I visited his house, Michael was the one who would take care of his kids, make dinner, cut up their food, and clean them up afterwards. His daughters were daddy's girls. They loved playing and spending time with him.

In addition to his attentiveness as a father, he was the IT department for the whole family. He would fix computers when they weren't working, and replace broken phones. He would do this all without complaining.

Michael loves his little girls and they adore him. I have never once been under impression that he could do anything to harm them.

1/18/2023

To Whom it May Concern:

As one of Michael's siblings, I have had the last thirty years to see and understand the kind of person he is. Some people have called him the "gentle giant." He may seem like a big person, but he is a kind and sensitive soul. My hope for this letter is that it helps to show the kind of person I know Michael to be.

Being the oldest sibling, Michael had a lot of younger ones to help take care of and help entertain. He never complained, but took on the responsibility of the oldest sibling with care and compassion. Michael is a very creative person and he was always coming up with new ideas of games for my siblings and me. Some of my fondest memories are when Michael created a drawing group where once a week for two hours, he would sit with us and help us write stories and draw. He was a very thoughtful and patient person. In our adult years, he would talk about how he would be there to take care of our parents and anyone else who needed the help.

In the way he helped care his siblings, he showed even more love for his daughters. He always made sure his girls had the best of care. Some days, I would watch the girls instead of my mother or on a weekend day and the girls would always ask, "Daddy will come pick me up right?" When he would, they would be so excited and run up for hugs. He built a computer for his oldest daughter and they would play games together. He would sit outside for hours with his youngest because she loved to be outside. The affection he and girls shared for each other was very obvious.

I hope this letter will be taken into consideration when it comes time for the sentencing. Michael is a loving and caring father, brother, and son. It would be a shame for his relationship with his girls and his family to be damaged even more.

Sincerely,
Valerie Libardi

Timothy Batt

1-16-2023

To whom it may concern,

Being Michael Batt's younger brother, I have known him my whole life. During my life, I have learned first-hand the kind of caring and gentle soul Mike is. As such, it is a pleasure and an honor to write this letter attesting to the type of person I know Michael to be.

In my experience, Michael has always felt that it was his duty to protect and provide for his family. When I was young, Mike, knowing we did not have any computers or technical know-how, built computers for me and my younger brother, as well as giving us games, which we still play to this day. Mike never sought to charge us for expenses he incurred in the process of providing us with these computers. In high school, an opportunity arose for me to be able to take night classes at my community college. However, I had no way to get to my classes. Not only did Mike pick me up from my high school and drop me off at my night classes, but he took me back to his house for a few hours so that I would not have to wait around on the college campus. During this time, he always made sure to make food so that I could eat with his family - he even often sent me off to my class with snacks in case I got hungry while I was at class.

Not only did Mike care for his brothers, but he also showed exceptional care for his girls. Since both he and his wife worked, my mother babysat his children. Mike was always the one to drop off his girls and to pick them up from babysitting. Almost every time he came through the door, his kids would run up to him and yell, "Daddy," giving him a big hug and compelling him to scoop them up into his arms for a bigger hug. Like he built computers for my brother and I when we were young, so, too, did he build a computer for his older daughter. He also taught her how to use it and played games with her often. The mutual affection he and his girls had was obvious. It seems wrong to further damage his relationship with his girls, who love their 'Daddy' so much.

It is my sincere hope that this testimony be taken into consideration at the time of sentencing. Despite the current case, I believe Michael to be a caring and gentle soul.

Sincerely,
Timothy Batt



Damian Nunzio <nunziolawfirm@gmail.com>

## Michael Batt

**Paul Spica** <resource5804@icloud.com>   Mon, Nov 14, 2022 at 10:01 PM
To: Nunziolawfirm@gmail.com

To whom it may concern,

I have known the Batt family for over forty years. I was in John and Renee's wedding and there for the birth of their eight children. Michael being their first. My family has spent many years with the Batt family on trips, birthdays, weddings etc. Michael has always been an integral part of the family.

It has been a few years since I have seen Michael but the Michael that I have always known was always very kind loving and respectful and was brought up in a loving family with strong ties to their faith. My thoughts and prayers are with the entire family through this most difficult time.
Paul Spica
Sent from my iPhone

October 31, 2022

Stacey A Buschert
8989 Shaner Avenue NE
Rockford, MI 49341

To Whom It May Concern,

Hello, my name is Stacey Buschert. I'm writing on behalf of Michael Batt. I have been a close friend with John and Renee Batt for more than 35 years, which means that I have known Michael for 35 years and the rest of their 8 children since they were born. I've known Michael since birth. I have 5 children of my own and we have spent many hours together at each other's homes over the 35 years. We have been to each other's kids weddings for years. So, it is fair to say that I have witnessed Michael's growth from a child to an adult.

During this time, I have known Michael to be a quiet, calm, kind and thoughtful young man. He has been very caring of his wife and 2 daughters. He has always placed them first before himself. Michael also has strong work ethics. He has been a model employee at the school district that he works at. He also spent a lot of time developing his own IT business to help support his family. He has always work very hard at both to make sure that he has steady employment and income to support his family.

There have been many occasions where Michael has spent time with my younger children, who are adults now, and none of them have ever expressed any concerns about Michael or his actions with them.

I know of the actions that Michael had been charged with and find it very difficult to believe. I know there must be a reasonable explanation of what the authorities have found and that Michael will be found innocent of all charges.

I hope the court gives reasonable consideration to my comments about Michael and allow him a reasonable bond so that he can be back with his family while he works on proving his innocence to these charges.

Sincerely Yours,

*Stacey A Buschert*

Stacey A Buschert

Damian Nunzio
The Nunzio Law Firm, P.C.
29 Pearl Street NW
 Suite 414
Grand Rapids, Michigan 49503

GRAND RAPIDS MI 493
1 AUG 2023 PM 3 L

**RECEIVED - GR**
August 3, 2023 11:35 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: _____/_____

Clerk's Office
United States District Court, West District of Michigan
399 Federal Building
110 Michigan St. NW
Grand Rapids, Michigan 49503

49503-231799

