# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
# CRIMINAL MINUTE SHEET

**USA v.** Michael John Batt

**DISTRICT JUDGE:** Janet T. Neff

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:22-cr-154 | 8/16/2023 | 11:05 AM - 11:47 AM | Grand Rapids | |

## APPEARANCES

**Government:** Patrick James Castle

**Defendant:** Damian D. Nunzio

**Counsel Designation:** Retained

## TYPE OF HEARING

- __ Arraignment:
  - __ mute  __ nolo contendere
  - __ not guilty  __ guilty
- __ Final Pretrial Conference
- __ Detention (waived __)
- __ Motion Hearing
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- ✓ Sentencing
- __ Trial
- __ Other: ____

## DOCUMENTS

- __ Defendant's Rights
- __ Waiver of Indictment
- __ Other: ____

Court to Issue:
- __ Order of Detention
- __ Notice of Sentencing
- __ Order Appointing Counsel
- ✓ Other: Judgment

## CHANGE OF PLEA

Charging Document:
- __ Read  __ Reading Waived

Guilty Plea to Count(s) ____ of the ____

Count(s) to be dismissed at sentencing: ____

- __ Presentence Report Ordered
- __ Presentence Report Waived
- __ Plea Accepted by the Court
- __ Plea Taken under Advisement
- __ No Written Plea Agreement

## SENTENCING

**Imprisonment:** 360 Months
**Probation:** 
**Supervised Release:** 10 Years
**Fine:** $ None
**Restitution:** $19,000.00
**Special Assessment:** $ 15,100.00

**Plea Agreement Accepted:** ✓ Yes __ No
**Defendant informed of right to appeal:** ✓ Yes __ No
**Counsel informed of obligation to file appeal:** ✓ Yes __ No

Conviction Information:
- Date: 4/25/2023
- By: Plea
- As to Count (s): 1

**ADDITIONAL INFORMATION:**
Defendant ordered to pay the $100.00 special assessment, $5,000.00 Justice for Victims of Trafficking Act of 2015, and $10,000.00 Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018 for a total of $15,100.00. Count Two of the Indictment is dismissed on motion by the government.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |

**CASE TO BE:**

**TYPE OF HEARING:**

**Reporter/Recorder:** Jean Ann Hamlin

**Deputy Clerk:** K. Lindstrom