UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MICHAEL JOHN BATT,

      Defendant.

No. 1:22-CR-00154

Hon. Janet T. Neff
United States District Judge

_____/

## **NOTICE OF APPEAL**

    Defendant Michael Batt, by and through his Court-appointed attorney, Tessa K. Muir, provides notice of intent to appeal to the United States Court of Appeals for the Sixth Circuit from the final judgment entered on August 16, 2023. (ECF No. 43.)

Dated: August 23, 2023

    */s/ Tessa K. Muir*
    TESSA K. MUIR
    Counsel for Defendant

    SBBL Law, PLLC
    60 Monroe Center St. N.W., #500
    Grand Rapids, Michigan 49503
    (616) 458-5500
    tessa@sbbllaw.com