UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL JOHN BATT,<br><br>  Defendant.<br>_____/ | No. 1:22-CR-154<br><br>Hon. JANET T. NEFF<br>U.S. District Judge |

# **FINAL ORDER OF FORFEITURE**

The government's Motion for Final Order of Forfeiture details the procedural and notice predicate for the requested Final Order. The United States provided notice of the Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

No third-party petitions were filed. The record fully supports the recitals in the government's motion. Accordingly, based on all matters of record, IT IS ORDERED:

1. That the following assets:

**From Defendant's Residence/Possession:**

Property 0001 - Apple iPhone XR - IMEI #353063103204351

Property 0002 - Apple iPhone 12 Pro - IMEI #350522076471100

Property 0003 - Nintendo 3ds

Property 0004 - Sony PSP

Property 0005 – 11 iPads

Property 0006 - Pink Custom Computer

Property 0007 - Microsoft surface

Property 0008 - External Western Digital MyCloud

Property 0009 - Western Digital My Book Essential external HD

Property 0010 - Western Digital external HD, with Apple Sticker

Property 0011 - Western Digital external HD

Property 0012 - Western Digital Share Space Network External

Property 0013 - Black Buffalo Terastation Pro External HD

Property 0014 - Lenovo Thinkpad

Property 0015 - 11 hard drives

Property 0016 - 12 hard drives

Property 0017 - 10 hard drives

Property 0018 - HP Pro Desk Tower

Property 0019 - Apple MacBook Air A1465

Property 0020 - Apple MacBook Air

Property 0021 - HP 260G2 Mini computer

Property 0022 - HP Pro Desk 400 G3 Desktop mini

Property 0023 - 160Gb Hitachi hard drive

Property 0024 - Corsair computer

Property 0025 - Seagate hard drive

Property 0026 - Western digital external HD

Property 0027 - Western digital external HD

Property 0028 - Apple iPad Air MD785LL

Property 0029 - Apple MacBook Pro

Property 0030 - Dell Poweredge r320 xeon server

Property 0031 - External hard drive

Property 0032 - White Dollhouse Cartoon Sleep Shirt size 4t

Property 0033 - White children's underwear with light blue trim & Pokémon logo

**From Defendant's Place of Employment:**

Property 0001 – HP Laptop, Serial Number: 5CD9091HQY

Property 5A002 – Samsung SSD Hard Drive

(hereinafter the "Subject Property") is forfeited to the United States of America.

2. That pursuant to 18 U.S.C. § 2253, all right, title, and interest to the Subject Property is hereby condemned, forfeited, and vested in the United States of America.

3. That the Subject Property shall be disposed of by the United States Department of Homeland Security – Immigration and Customs Enforcement and/or the United States Marshals Service according to applicable law and regulations.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.  **SO ORDERED.**

Dated: _____

                                          JANET T. NEFF
                                          United States District Judge